IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER, a Not for Profit Corporation, Incorporated in the State of Washington,<br><br>Plaintiffs,<br><br>v.<br><br>JOE CHAPMAN, et al.<br><br>Defendants. | Case No.: 3:12-cv-125 |

## VERIFICATION

I, Paul Wright, founder and editor of Prison Legal News, personally appeared before the undersigned officer and after being first duly sworn, deposes and states on oath and under penalty of perjury that the facts set forth in the within and foregoing Complaint are true and correct to the best of my knowledge and belief.

_____
Paul Wright

Sworn to and subscribed before me
This 20th day of September, 2012.

_____
Notary Public

KRISTEN ANN VANZETTI
COMM. # 1912378
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Nov. 7, 2014