AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER, a Not For Profit Corporation, Incorporated in the State of Washington

*Plaintiff(s)*

v.

JOE CHAPMAN, the Sheriff of Walton County, Georgia and WADE HARRIS, the Jail Commander for Walton County Jail, in their official and individual capacities

*Defendant(s)*

Civil Action No. 3:12-cv-125

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sheriff Joe Chapman
Walton County Sheriff's Office
1425 S. Madison Ave.
Monroe, Georgia 30655

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brian Spears, 1126 Ponce de Leon Ave, Atlanta, Georgia 30306
Gerald Weber, PO Box 5391, Atlanta, Georgia 31107
Albert Wan, 1201 Peachtree St NE, 400 Colony Square, Suite 200, Atlanta, Georgia 30361
Jeffrey Filipovits, 2900 Chamblee Tucker Road, Building 1, Atlanta, Georgia 30341
Lance Weber, PO Box 2420, Brattletoro, Vermont 05303
Alissa Hull, PO Box 2420, Brattleboro, Vermont 05303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/21/2012

Gail G. Sellers

*Signature of Clerk or Deputy Clerk*