UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER, a Not for Profit Corporation, Incorporated in the State of Washington, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: |
| v. | ) ) | |
| JOE CHAPMAN, the Sheriff of Walton County, Georgia, and WADE HARRIS, the Jail Commander for Walton County Jail, in their official and individual capacities | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Prison Legal News, a project of the Human Rights Defense Center, states by counsel that the Human Rights Defense Center is a non-profit corporation that has no publicly held stock and no parent corporation.

Respectfully submitted this 21st day of September 2012.

/s Brian Spears, Esq.                    /s Gerald Weber, Esq.
G. Brian Spears, Esq.                    Gerald Weber, Esq.
(Georgia Bar No. 670112)                 (Georgia Bar No. 744878)

1126 Ponce de Leon Avenue                P.O. Box 5391

1


Atlanta, Georgia 30306
404-872-7086 – Tele.
404-892-1128 – Fax
bspears@mindspring.com

/s Albert Wan, Esq.
Albert Wan, Esq.
(Georgia Bar No. 334224)

1201 Peachtree Street NE
400 Colony Square, Suite 200
Atlanta, GA 30361
(404) 872-7760 – Tele.
(404) 872-7764 - Fax
albert@albertwanlaw.com

/s Lance Weber, Esq.
Lance Weber, Esq.
*Pro Hac Vice admission pending*


Human Rights Defense Center
Chief Counsel

P.O. Box 2420
Brattleboro, Vermont 05303
(802) 579-1309 – Tele.
(866) 228-1681 – Fax
lweber@humanrightsdefensecenter.org

Atlanta, GA 31107
(404) 522-0507 – Tele.
wgerryweber@gmail.com

/s Jeffrey Filipovits, Esq.
Jeffrey R. Filipovits, Esq.
(Georgia Bar No. 825553)

2900 Chamblee Tucker Road
Building 1
Atlanta, Georgia 30341
(770) 455-1350 – Tele.
(770) 455-1449 – Fax
jrfilipovits@gmail.com

/s Alissa Hull, Esq.
Alissa Hull, Esq.
*Pro Hac Vice admission pending*


Human Rights Defense Center
Staff Attorney

P.O. Box 2420
Brattleboro, Vermont 05303
(802) 579-1309 – Tele.
(866) 228-1681 – Fax
ahull@humanrightsdefensecenter.org