UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER, a Not for Profit Corporation, Incorporated in the State of Washington, | ) ) ) ) ) ) |
| Plaintiff, | ) Case No.: |
| v. | ) ) ) |
| JOE CHAPMAN, the Sheriff of Walton County, Georgia, and WADE HARRIS, the Jail Commander for Walton County Jail, in their official and individual capacities | ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE BRIEF IN EXCESS OF 20 PAGES**

COMES NOW, Plaintiff, Prison Legal News (Plaintiff or "PLN"), and respectfully moves this Court for an order permitting Plaintiff to file its brief in support of its motion for a preliminary and permanent injunction against Defendants where said brief exceeds 20 pages, showing this Court the following.

(1)   On September 21, 2012 Plaintiff filed a complaint against Defendants, alleging that Defendants violated Plaintiff's constitutional rights when Defendants censored materials and communications sent by Plaintiff to inmates at Walton County Jail.

1

(2) In its complaint, Plaintiff requests that this Court award it injunctive relief against Defendants; specifically, that Defendants be preliminarily and permanently enjoined from enforcing its mail policies to censor Plaintiff's materials and communications and that Defendants provide Plaintiff with constitutional due process when it does censor Plaintiff's materials and communications.

(3) To that end, Plaintiff has filed a motion for a preliminary and permanent injunction and a brief in support thereof simultaneously with the filing of its complaint.

(4) The brief in support of Plaintiff's motion for injunctive relief consists of 32 pages. This exceeds the 20-page limit imposed by virtue of this District's Local Rules. *See* M.D. Ga. Local Rule 7.4.

(5) Plaintiff requests permission from this Court to file a brief containing 32 pages in excess of the 20-page limit. The additional pages are necessary because this case involve hundreds of incidents of censorship of a variety of written material, because of the multitude of factors which Plaintiff is required to address in order to establish its entitlement to injunctive relief and because of the significance of the constitutional issues involved in this case.

(6) Plaintiff has not filed this motion five days in advance of the briefing deadline as required under Local Rule 7.4 because there is no such deadline for

filing a motion for preliminary and permanent injunctive relief. Accordingly, plaintiff files this motion simultaneously with the filing of the brief for which relief is sought.

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion *nunc pro tunc* and permit Plaintiff to file its 32 page brief notwithstanding the page limitations imposed by Local Rule 7.4.

Respectfully submitted this 21st day of September 2012.

/s Brian Spears, Esq.
G. Brian Spears, Esq.
(Georgia Bar No. 670112)

1126 Ponce de Leon Avenue
Atlanta, Georgia 30306
404-872-7086 – Tele.
404-892-1128 – Fax
bspears@mindspring.com

/s Gerald Weber, Esq.
Gerald Weber, Esq.
(Georgia Bar No. 744878)

P.O. Box 5391
Atlanta, GA 31107
(404) 522-0507 – Tele.
wgerryweber@gmail.com

/s Albert Wan, Esq.
Albert Wan, Esq.
(Georgia Bar No. 334224)

1201 Peachtree Street NE
400 Colony Square, Suite 200
Atlanta, GA 30361
(404) 872-7760 – Tele.
(404) 872-7764 - Fax
albert@albertwanlaw.com

/s Jeffrey Filipovits, Esq.
Jeffrey R. Filipovits, Esq.
(Georgia Bar No. 825553)

2900 Chamblee Tucker Road
Building 1
Atlanta, Georgia 30341
(770) 455-1350 – Tele.
(770) 455-1449 – Fax
jrfilipovits@gmail.com

/s Lance Weber, Esq.
Lance Weber, Esq.
*Pro Hac Vice admission pending*

/s Alissa Hull, Esq.
Alissa Hull, Esq.
*Pro Hac Vice admission pending*

4

Human Rights Defense Center  
Chief Counsel

P.O. Box 2420  
Brattleboro, Vermont 05303  
(802) 579-1309 – Tele.  
(866) 228-1681 – Fax  
lweber@humanrightsdefensecenter.org

Human Rights Defense Center  
Staff Attorney

P.O. Box 2420  
Brattleboro, Vermont 05303  
(802) 579-1309 – Tele.  
(866) 228-1681 – Fax  
ahull@humanrightsdefensecenter.org