Civil Action No.: 3:12-cv-00125-CAR

## PROOF OF SERVICE

This summons for (*name of individual and title, if any*) Jail Commander Wade Harris

and was received by me on (*date*) 09/25/12.

☒ I personally served the the summons on the individual at (*place*) Walton City Jail, Monroe, GA on (*date*) 9/25/12; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) ___/___/___, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated by law to accept service of process on behalf of (*name of organization*) _____ on (*date*) ___/___/___; or

☐ I returned the summons unexecuted because _____; or

☐ Other (*specify*)

In the same manner indicated above, I also served a copy of the following documents:

Plaintiff's Verified Complaint; and, Plaintiff's Motion to Exceed Page Limits; and, Plaintiff's Motion for Preliminary and/or Permanent Injunction with Supporting Brief and exhibits; and, Plaintiff's Corporate Disclosure Statement

I declare under penalty of perjury that this information is true.

Date: 9-25-12

*Server's Signature*

Jeffrey C. Owen
*Printed name and title*

2858 Echols Rd
Cumming, GA 30041
*Server's address*

Rec'd by:
Bru Wyatt

Deputy Chief
Bruce Wright
1:05 pm