Civil Action No.: 3:12-cv-00125-CAR

## PROOF OF SERVICE

This summons for (*name of individual and title, if any*) __Joe Chapman, Sheriff__

and was received by me on (*date*) __09/25/12__.

☒ I personally served the the summons on the individual at (*place*) __Walton Cty Jail__ __Monroe, GA__ on (*date*) __09/25/12__; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*)

_____, a person of suitable age and discretion who resides

there, on (*date*) ___/___/_____, and mailed a copy to the individual's last

known address; or

☐ I served the summons on (*name of individual*) _____, who is

designated by law to accept service of process on behalf of (*name of organization*)

_____ on (*date*) ___/___/_____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (*specify*)

In the same manner indicated above, I also served a copy of the following documents:

Plaintiff's Verified Complaint; and, Plaintiff's Motion to Exceed Page Limits; and, Plaintiff's Motion for Preliminary and/or Permanent Injunction with Supporting Brief and exhibits; and, Plaintiff's Corporate Disclosure Statement

I declare under penalty of perjury that this information is true.

Date: __9.25.12__

__/s/ Jeffrey C. Owen__
*Server's Signature*

__Jeffrey C. Owen__
*Printed name and title*

__2858 Echols Rd__
__Cumming, GA 30041__
*Server's address*

Rec by
Bruce Wright
Chief Deputy
Bruce Wright, 05/PM