UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER, a Not for Profit Corporation, Incorporated in the State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>JOE CHAPMAN, et al.,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 3:12-CV-00125-CAR |

## NOTICE OF ISSUANCE OF SUBPOENA

Notice is hereby given to the Defendants that the following Subpoena was issued on February 20, 2014, a copy of which is attached:

1. Defendant Wade Harris.

S/ G. BRIAN SPEARS<br>
Bar No. 670112<br>
Attorney for Plaintiff

1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Tele:  (404) 872-7086
Fax:  (404) 892-1128

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2014, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Andrew H. Marshall, Esq.
    Begnaud & Marshall, LLP
    1091-B Founders Boulevard
    Post Office Box 8085
    Athens, Georgia, 30603
        Attorney for Defendants

I further certify that this document in Times New Roman 14 point is in accordance with L.R. 5.1.

                S/BRIAN SPEARS, ECF-Registered Attorney
                Georgia Bar No. 670112
                Attorney for Plaintiff
                1126 Ponce de Leon Avenue
                Atlanta, GA 30306
                Telephone: (404) 872-7086
                Email: Bspears@mindspring.com