EXHIBIT SHEET

Prison Legal News                                Case No.: 3:12-CV-125(CAR)

vs.

Joe Chapman, et al

PLAINTIFF'S EXHIBITS

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 8 | Letter from Jacob Moyers | 2/24/14 P. Wright | 2/24/2014 |
| 29 | Issues of Prison Legal News: May 2013 through Jan 2014 | 2/24/2014 P. Wright | 2/24/2014 |
| 30 | Protecting Your Health and Safety | 2/24/2014 P. Wright | 2/24/2014 |
| 31 | Info Pack | 2/24/2014 P. Wright | 2/24/2014 |
| ECF 85-13 | Returned mail – Propst | | |
| ECF 86-28 | Returned mail – Ritchie | | |
| ECF 86-35 | Returned mail – Propst | | |
| ECF 89-9 | Returned mail - Propst | | |
| 1 | Walton County mail policy 4/8/11 | | Stipulation |
| 2 | Walton County library services 4/8/11 | | Stipulation |
| 3 | Walton County mail policy 10/1/12 | | Stipulation |
| 4 | Walton County library services 10/1/12 | | Stipulation |
| 5 | Inmate Handbook | | Stipulation |
| 6 | Walton County Jail Inmate Handbook | | Stipulation |
| 7 | 12/6/12 Memo re: magazine survey | | Stipulation |
| 12-13 | Jail policies | | Stipulation |

| 19 | Memo re: post card policy | | Stipulation |
| 9 | Inmate request – Hacker | | Stipulation |
| 10 | Inmate grievance | | Stipulation |
| 17 | Two inmate request forms – Shields | | Stipulation |
| 18 | Grievance form – Propst | | Stipulation |
| 20 | Grievance – Reece | | Stipulation |
| 21 | Grievance – Bryant | | Stipulation |
| 22 | Grievance – Holbrook | | Stipulation |
| 23 | Grievance – Connolly | | Stipulation |
| 24 | Grievance – Harmon | | Stipulation |
| 25 | Inmate request – Shields | | Stipulation |
| 28 | Prisoner declarations – limited purpose | | Reserved |