EXHIBIT SHEET

Prison Legal News                                   Case No.: 3:12-CV-125(CAR)

vs.

Joe Chapman, et al

DEFENDANTS' EXHIBITS

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | PLN News April, 2013 | 2/24/14 P. Wright | 2/24/14 |
| 2 | Computer printout | 2/24/14 R. McAndrew | 2/24/14 |
| 3 | Expert disclosure – admitted temporarily | | 2/24/14 |
| 4 | Compilation of data re: inmate preference | 2/24/14 J. Minton | 2/24/14 |
| 5 | Photo | 2/24/14 J. Minton | 2/24/14 |
| | | | |
| | | | |
| | | | |
| | | | |