IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, a Project of THE HUMAN RIGHTS DEFENSE CENTER, a Not for Profit Corporation, Incorporated in the State of Washington,<br><br>　　　　　Plaintiff,<br>v.<br><br>JOE CHAPMAN, the Sheriff of Walton County, Georgia, and WADE HARRIS, Jail Commander for Walton County Jail, in their official and individual capacities,<br><br>　　　　　Defendants. | *<br>*<br>*　Case No. 3:12-CV-125(CAR)<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to this Court's Bench Trial Order dated August 26, 2014 and for the reasons stated therein, JUDGMENT is hereby entered as follows:

(1) In favor of Defendants on PLN's First Amendment claim as to Defendants' postcard-only policy.

(2) In favor of PLN on its First Amendment claim as to Defendants' original publication policy and PLN's Fourteenth Amendment due process claim.

　　a.　The Court declares that Defendants' absolute prohibition on inmates' receipt of publications through the mail violates the First Amendment to the United States Constitution.

2

      b. The Court also declares that Defendant's notice and appeal policy, which only applies to postcards, violates the Fourteenth Amendment to the United States Constitution.

This 29th day of August, 2014.

                                      William E. Tanner, Clerk

                                      s/ Sandra B. DeCesare, Deputy Clerk

Approved by:

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL
United States District Judge