UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS,         )<br>     Plaintiff,         )<br>                  )<br>v.         )<br>                  )<br>JOE CHAPMAN, et al.,         )<br>     Defendants.         ) | Case No.: 3:12-CV-125-CAR |

## PRISON LEGAL NEWS' PETITION FOR ATTORNEYS' FEES AND EXPENSES PURSUANT TO 42 U.S.C. § 1988

COMES NOW, Prison Legal News or PLN, the plaintiff in this civil rights matter, and respectfully petitions this Court for an award of attorneys' fees and costs pursuant to 42 U.S.C. § 1983.  This request is timely pursuant to the stipulation entered into by PLN and the defendants in which the parties agreed that PLN would have until November 25, 2014 in which to submit its fee petition to this Court.  (D.E. 105.)  PLN provides this Court with the following materials in support of its petition:

1. Declaration of Brian Spears, including exhibits, attached as Exhibit "1";

2. Declaration of Gerald Weber, including exhibits, attached as Exhibit "2";

3. Declaration of Jeffrey Filipovits, including exhibits, attached as Exhibit "3";

4. Declaration of Albert Wan, including exhibits, attached as Exhibit "4";

5. Declaration of Lance Weber, including exhibits, attached as Exhibit "5";

6. Declaration of Craig Jones, Esq., attached as Exhibit "6";

7. Declaration of Janet Hill, Esq., attached as Exhibit "7";

8. Declaration of Jeffrey O. Bramlett, Esq., attached as Exhibit "8";

9. Declaration of Edward Tolley, Esq., attached as Exhibit "9".

In accordance with the above-materials, PLN's brief filed in support of its petition, and the law governing the award of fees and costs under 42 U.S.C. § 1988, PLN respectfully requests that this Court compensate its attorneys for the time and effort they have put into this case based on the following hourly rates and hours:

| Attorney | Hourly Rate | Hours Claimed | Total Fee Sought |
|---|---|---|---|
| Gerald Weber | $520 | 143.4 | $74,568.00 |
| Brian Spears | $450 | 73.75 | $33,187.50 |
| Lance Weber | $400 | 146.4 | $58,560.00 |
| Albert Wan | $275 | 163.62 | $44,995.50 |
| Jeff Filipovits | $250 | 93.21 | $23,302.50 |
| Alissa Hull (HRDC)[1] | $225 | 57.1 | $12,847.50 |
| Robert Jack (HRDC) | $225 | 52.0 | $11,700.00 |
| Monique Roberts (HRDC) | $200 | 9.6 | $1,920.00 |
| Teresa Knight (Paralegal to Brian Spears) | $95 | 17.75 | $1,686.25 |

As explained more fully by PLN in its supporting brief and by PLN's attorneys themselves in their declarations, the hours claimed by PLN in this petition reflect a substantial reduction from the hours that have been actually expended by counsel in this matter. PLN also respectfully requests that this Court reimburse it for $11,871.76 in expenses incurred by PLN and its attorneys in presenting PLN's claims to this Court. Lastly, because this matter in ongoing, PLN will supplement this petition to the extent its attorneys incur additional time in this case for which compensation is appropriate under Section 1988. *See Johnson v. Mississippi*, 605 F.2d 635, 637-39 (5th Cir. 1979) (an award of Section 1988 fees should encompass time spent by counsel litigating the question of fees).

---

[1] "HRDC" signifies the Human Rights Defense Center, the parent entity of Prison Legal News and the employer of the attorney to whom the label is attached.

Respectfully submitted this 25th day of November 2014.

/s Brian Spears, Esq.
G. Brian Spears, Esq.
(Georgia Bar No. 670112)
1126 Ponce de Leon Avenue
Atlanta, Georgia 30306
404-872-7086 – Tele.
404-892-1128 – Fax
bspears@mindspring.com

/s Albert Wan, Esq.
Albert Wan, Esq.
(Georgia Bar No. 334224)
215 Church Street
Suite 110
Decatur, Georgia 30030
(404) 872-7760 – Tele.
(404) 872-7764 - Fax
albert@albertwanlaw.com

/s Lance Weber, Esq.
Lance Weber, Esq.
*Admitted Pro Hac Vice*
Human Rights Defense Center
P.O. Box 1151
Lake Worth, Florida 33460
(561) 360-2523 – Tele.
(866) 735-7136 – Fax
lweber@humanrightsdefensecenter.org

/s Gerald Weber, Esq.
Gerald Weber, Esq.
(Georgia Bar No. 744878)
P.O. Box 5391
Atlanta, Georgia 31107
(404) 522-0507 – Tele.
wgerryweber@gmail.com

/s Jeffrey Filipovits, Esq.
Jeffrey R. Filipovits, Esq.
(Georgia Bar No. 825553)
2900 Chamblee Tucker Road
Building 1
Atlanta, Georgia 30341
(770) 455-1350 – Tele.
(770) 455-1449 – Fax
jrfilipovits@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF notification system which electronically sends a copy of the filing via email the following counsel of record:

Andrew H. Marshall
dmarshall@athens1867.com
BEGNAUD & MARSHALL, LLP
1091-B Founders Boulevard
Post Office Box 8085
Athens, Georgia, 30603

This the 25th day of November 2014.

/s/ Albert Wan
Albert Wan, Esq.
(Georgia Bar No. 334224)

Law Office of Albert Wan, P.C.
215 Church Street
Suite 110
Decatur, Georgia 30030
404-872-7760
albert@albertwanlaw.com