IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| PRISON LEGAL NEWS, a Project of THE HUMAN RIGHTS DEFENSE CENTER, a Not-for-Profit Corporation, Incorporated in the State of Washington, | * | |
| | * | Case No. 3:12-CV-125 (CAR) |
| Plaintiff, | * | |
| v. | * | |
| JOE CHAPMAN, the Sheriff of Walton County, Georgia, and WADE HARRIS, Jail Commander for Walton County Jail, in their official and individual capacities, | * | |
| Defendants. | | |

**J U D G M E N T**

Pursuant to the Order of this Court filed September 29, 2015, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $92,353.50 and expenses in the amount of $11,871.76. These amounts shall accrue interest from the date of entry of judgment at the rate of 0.34% per annum until paid in full.

This 29th day of September, 2015.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk